UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEVAR D. ANDERSON,<br><br>      Plaintiff,<br><br>  v.<br><br>CHEYENNE CALDERON, CADEN CALDERON, JORGE CALDERON, S.C. (MINOR), BENJAMIN RAMOS, and DERECK GARZA,<br><br>      Defendants. | NO. 4:23-CV-5078-TOR<br><br>ORDER DENYING MOTION FOR DEFAULT |

  BEFORE THE COURT is Plaintiff's Motion for Default. ECF No. 26. The Court has reviewed the record and files herein and is fully informed. For the reasons discussed below, the Motion is **DENIED**.

  Plaintiff requests default judgment against the Defendants. However, on August 25, 2023, this Court dismissed Plaintiff's Amended Complaint and closed the file. ECF Nos. 24 and 25.

ORDER DENYING MOTION FOR DEFAULT ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED:**

2  Plaintiff's Motion for Default, ECF No. 26, is **DENIED as moot.**

3  The District Court Executive is directed to enter this Order and mail copies

4  to Plaintiff and the Defendants who have appeared.  The file remains **CLOSED**.

5  DATED August 30, 2023.



THOMAS O. RICE
United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

ORDER DENYING MOTION FOR DEFAULT ~ 2